UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-5330-SB (SK) | Date | August 10, 2021 |
|---|---|---|---|
| Title | Los Angeles Unified School District v. S&W Atlas Iron & Metal Co., Inc., et al. | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Non-Parties Alice Harris and Parents of Watts Working with Youths and Adults, Inc.'s opposition to Plaintiff's motion to compel compliance with subpoenas (ECF 95) is past due. *See* L.R. 7-9.  The non-parties are thus ordered to show cause by close of business on **August 11, 2021** why Plaintiff's motion should not be granted for failure to file a timely opposition. *See* L.R. 7-12 (failure to oppose a motion "may be deemed consent to the granting . . . of the motion").

**IT IS SO ORDERED.**