MICHAEL E. GALLAGHER, ESQ. (SBN 195592)
mgallagher@eghblaw.com
FRED M. BLUM, ESQ. (SBN101586)
fblum@eghblaw.com
ERIN K. POPPLER, ESQ. (SBN 267724)
epoppler@eghblaw.com
JOSEPH B. ADAMS, ESQ. (SBN 194964)
jadams@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
S&W ATLAS IRON & METAL CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>S&W ATLAS IRON & METAL CO., INC.; 10019 S. ALAMEDA LLC; GARY WEISENBERG; MATTHEW WEISENBERG; AND DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:20-cv-05330-SB-SK<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH B. ADAMS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO AMEND PRELIMINARY INJUNCTION**<br><br>DATE:　　December 17, 2021<br>TIME:　　8:30 AM<br>DEPT:　　6C<br>JUDGE:　Hon. Stanley Blumenfeld Jr.<br><br>COMPLAINT FILED:　June 15, 2020<br>FAC FILED:　　　　July 14, 2020<br>TRIAL DATE:　　　June 20, 2022 |

3276067

1

**SUPP. DECL OF ADAMS ISO DEFENDANTS' MOTION FOR LEAVE TO AMEND PRELIMINARY INJUNCTION ISSUED NOVEMBER 16, 2020; & REQUEST FOR OSC FOR INTERFERENCE IN DEFENDANTS' COMPLIANCE WITH PRELIMINARY INJUNCTION**

1   I, JOSEPH B. ADAMS, declare as follows:

2   1.   I am an attorney at law admitted to the California State Bar and the Central District of California, and a partner at Edlin Gallagher Huie + Blum, located at 500 Washington St., San Francisco, CA 94111.  Edlin Gallagher Huie + Blum represents Defendants S&W Atlas Iron & Metal Co., Inc., 10019 S. Alameda LLC, Matthew Weisenberg and Gary Weisenberg (collectively, "Defendants") in the above-captioned Action. I have personal knowledge of the facts set forth in this declaration, or based upon my review of documents and writings as so indicated herein.

2.   Attached hereto as **Exhibit 104** is a true and correct copy of Los Angeles Municipal Code, Chapter 1, Article 1.5, Section 11.5.7, which provides for the process of appealing permitting denials by LADBS.

3.   Attached hereto as **Exhibit 105** is a true and correct copy of the entire deposition transcript of LADBS employee Catherine Gaba, dated August 18, 2021.

I declare under penalty of perjury under the laws of the State of California, and the United States that the foregoing is true and correct.  Executed this 3rd day of December 2021.

_____
JOSEPH B. ADAMS

3276067

**SUPP. DECL OF ADAMS ISO DEFENDANTS' MOTION FOR LEAVE TO AMEND PRELIMINARY INJUNCTION ISSUED NOVEMBER 16, 2020; & REQUEST FOR OSC FOR INTERFERENCE IN DEFENDANTS' COMPLIANCE WITH PRELIMINARY INJUNCTION**