UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>S&W ATLAS IRON & CAST METAL CO., INC. et al.,<br><br>    Defendants. | Case No. 2:20-cv-05330-SB-SK<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

    On December 12, 2023, Plaintiff Los Angeles Unified School District (LAUSD) and Defendants S&W Atlas Iron & Metal Co., Inc., 10019 S. Alameda LLC, Gary Weisenberg, and Matthew Weisenberg filed a joint status report indicating that the parties have reached agreement on the major substantive terms of the settlement and release agreement, including the dollar amount to be exchanged.  Dkt. No. 232 at 2–3.  The parties are still negotiating some specific terms and will then need to obtain approval of the agreement by the Board of Education.  The parties therefore request until February 16, 2024, to reach final settlement.

    The parties are ordered to show cause, in person, on Friday, February 23, 2024, at 8:30 a.m. why this case should not be dismissed.  The parties are required to submit a joint status report no later than February 16, 2024, updating the Court on the status of the settlement.  The Court will consider as an appropriate response to this order to show cause dismissal of this case in its entirety on or before February 22, 2024.  The parties should not expect a further continuance.

Date: December 14, 2023

                                                     Stanley Blumenfeld, Jr.
                                                   United States District Judge